# In The United States Court of Federal Claims

No. 10-560C

(Filed: January 4, 2012)

_____

EREH PHASE I, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A preliminary telephonic status conference will be held in this case on January 12, 2012, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge