# In The United States Court of Federal Claims

No. 10-560C

(Filed:  January 13, 2012)
_____

EREH PHASE I, LLC,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

_____

**ADR ORDER**
_____

Today, a preliminary status conference was held to discuss ways in which to settle this case.  Participating in the conference were Mr. Michael Golden, for plaintiff, and Mr. James Sweet, for defendant.  During the conference, the parties agreed to the following schedule:

1.      On or before Friday, January 20, 2012, the parties shall submit to chambers a joint letter to the court listing the issues still in dispute;

2.      On or before Friday, February 10, 2012, the parties shall each submit to chambers a letter of no more than ten single-spaced pages laying out their respective positions on each issue; and

3.      On or before Friday, February 24, 2012, the parties shall each submit to chambers a response to the opposing party's letter of no more than five single-spaced pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge