# In The United States Court of Federal Claims

No. 10-560C

(Filed: March 7, 2012)

_____

EREH PHASE I, LLC,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

     An ADR conference will be held in this case on Tuesday, April 10, 2012, at 10:00 a.m. (EST).  The conference will be held in the 7th floor conference room at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

     **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra  
                                              Francis M. Allegra  
                                              Judge